UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
SAFA ABDULRAHMAN, JAMIE DELLASALA, and  :   Docket No.: 15-CV-07001
CHRISTINE MAZOLA,                      :
                                       :
            *Plaintiffs,*               :
                                       :   **NOTICE OF APPEARANCE**
      v.                               :
                                       :
EMPIRE STATE BANK and                  :
THERESA POMMERENK, individually,       :
                                       :
            *Defendants.*               :
-------------------------------------- X

**PLEASE TAKE NOTICE** that Nancy V. Wright of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby appears as counsel for Defendants, **EMPIRE STATE BANK and THERESA POMMERENK** in the referenced matter.  Please enter this appearance and change your records to reflect this appearance, directing all correspondence and notices to the attorney and address below.

Dated:  New York, New York
        January 7, 2016

                                Respectfully submitted,

                                **WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP**


                           By_____/s/_____
                                Nancy V. Wright [NVW-7834]
                                *Attorneys for Defendants*
                                150 East 42nd Street
                                New York, NY 10017
                                (212) 490-3000
                                Our File No. 17222.00003

7199995v.1