UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------- X
:
SAFA ABDULRAHMAN, JAMIE DELLASALA, and : Docket No.: 15-CV-07001
CHRISTINE MAZOLA, :
:
:
*Plaintiffs,* :
:  **NOTICE OF APPEARANCE**
v. :
:
EMPIRE STATE BANK and :
THERESA POMMERENK, individually, :
:
*Defendants.* :
----------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Valerie L. Hooker of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby appears as counsel for Defendants, **EMPIRE STATE BANK and THERESA POMMERENK** in the referenced matter.  Please enter this appearance and change your records to reflect this appearance, directing all correspondence and notices to the attorney and address below.

Dated: New York, New York
       January 7, 2016

                                     Respectfully submitted,

                              **WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP**

                      By         /s/
                          Valerie L. Hooker
                          *Attorneys for Defendants*
                          150 East 42nd Street
                          New York, NY 10017
                          (212) 490-3000
                          Our File No. 17222.00003