**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
SAFA ABDULRAHMAN, JAMIE DELLASALA,
and CHRISTINE MAZOLA,

                       Plaintiffs,

    v.

EMPIRE STATE BANK and
THERESA POMMERENK, individually,

                       Defendants.
-----------------------------------------------------------------x

**Docket No. 15-CV-07001**

**<u>7.1 STATEMENT</u>**

      Pursuant to Rule 7.1 of the local rules of the United States District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for **EMPIRE STATE BANK** certifies that ES Bancshares, Inc. is the publicly held holding company of Empire State Bank. The undersigned counsel further certifies that there are no other corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:      New York, New York
                January 7, 2016

                                       Yours, etc.

                                       **WILSON, ELSER, MOSKOWITZ,**
                                       **EDELMAN & DICKER LLP**

                             **By:**       s/Nancy V. Wright
                                       NANCY V. WRIGHT
                                       *Attorneys for Defendants*
                                       150 East 42nd Street
                                       New York, New York 10017-5639
                                       (212) 490-3000
                                       File No. 17222.00003

**TO:** <u>**VIA E-FILING**</u>
Walker G. Harman, Jr.
THE HARTMAN FIRM, P.C.
*Attorneys for Plaintiff*
1776 Broadway, Suite 2030
New York, NY 10019
(212) 425-2600
wharman@theharmanfirm.com

7200026v.1