UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAFA ABDULRAHMAN, JAMIE DELLASALA, *and*
CHRISTINE MAZOLA,

                                           *Plaintiffs*,

                        v.

EMPIRE STATE BANK *and*
THERESA POMMERENK, *individually*,

                                       *Defendants.*
-----------------------------------------------------------------X

Docket No.: 15-cv-07001
(RRM) (JO)

STIPULATION OF
DISMISSAL WITH
<u>PREJUDICE</u>

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that Plaintiffs' Complaint is hereby dismissed in its entirety, with prejudice and without costs and/or attorneys' fees to any party as against any other party.

Dated: January 12, 2016

| WILSON ELSER MOSKOWITZ, EDELMAN & DICKER LLP | THE HARMAN FIRM, LLP |
|---|---|
| By: Nancy V. Wright<br>Bindu Krishnasamy<br>Valerie L. Hooker<br>150 East 42nd Street<br>New York, New York 10017<br>(212) 915-5234<br>Our File No.: 17222.00003<br>*Attorney for Defendants* | By: Walker G. Harman, Jr.<br>Edgar M. Rivera<br>Owen H. Laird<br>1776 Broadway, Suite 2030<br>New York, New York 10019<br>(212) 425-2600<br>*Attorney for Plaintiffs* |

SO ORDERED:

_____
Hon. Roslynn R. Mauskopf

12

7181292v.2